IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-02428-PSF-CBS

NHUNG T. NGUYEN,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES,

    Defendant.

---

**ORDER DENYING COST OBJECTIONS**

---

It is hereby ORDERED that plaintiff's Objections to Defendant's Bill of Costs (Dkt. # 70), filed May 24, 2004, is DENIED.

DATED: November 2, 2005

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge